# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANGELA SEASE, <br><br> Plaintiff, <br><br> v. <br><br> THE BUREAUS, INC., <br><br> Defendant. | Case No. 1:24-cv-11585 <br><br> Hon. Charles P. Kocoras |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ANGELA SEASE, and Defendant, THE BUREAUS, INC., through their respective counsel, that the above-captioned action is dismissed, without prejudice, with leave to reinstate the case on or before March 6, 2025. On March 7, 2025, the dismissal against THE BUREAUS, INC. will automatically convert to a dismissal with prejudice, with the Parties bearing their own costs and attorneys' fees.

| | |
|---|---|
| Dated: January 21, 2025 | Respectfully Submitted, |
| **ANGELA SEASE** | **THE BUREAUS, INC.** |
| *s/ Taxiarchis Hatzidimitriadis* <br> Taxiarchis Hatzidimitriadis <br> CONSUMER LAW PARTNERS, LLC <br> 180 N. Stetson Ave., Suite 2800 <br> Chicago, IL 60601 <br> (267) 422-1000 (phone) <br> teddy@consumerlawpartners.com <br> *Counsel for Plaintiff* | *s/ Brian D. Nevel* (*with consent*) <br> Brian D. Nevel <br> HINSHAW & CULBERTSON LLP <br> 151 N. Franklin St., Suite 2500 <br> Chicago, IL 60606 <br> (312) 704-3636 (phone) <br> bnevel@hinshawlaw.com <br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2025, I electronically filed the foregoing *Agreed Stipulation of Dismissal Without Prejudice with Leave to Reinstate* with the Clerk of the District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of this filing to all attorneys of record in this action.

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis