# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Angela Sease
        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:24−cv−11585
　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

The Bureaus, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

    MINUTE entry before the Honorable Charles P. Kocoras: In accordance with the parties' agreed stipulation of dismissal [10], this matter is dismissed without prejudice, to convert to a dismissal with prejudice on 3/7/2025 without further order of Court. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.